**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:16-CV-121-GCM**

| | | |
|---|---|---|
| **GREAT HARVEST FRANCHISING, INC.,** | ) | |
| *et al,* | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **PANERA BREAD COMPANY, INC.,** | ) | |
| **Defendant.** | ) | |
| | ) | |

     **THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Casimir W. Cook, II,** filed April 11, 2016 [doc. # 6].

     Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

     In accordance with Local Rule 83.1 (B), Mr. Cook is admitted to appear before this court *pro hac vice* on behalf of Plaintiffs, Great Harvest Franchising, Inc., Charlotte's Best Breads, LLC,  and Our Daily Bread For Life, LLC.

     **IT IS SO ORDERED.**

Signed: April 12, 2016

Graham C. Mullen
United States District Judge