IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-CV-121-GCM

| | |
|---|---|
| GREAT HARVEST FRANCHISING, INC., *et al*, <br>                Plaintiffs, <br>    v. <br><br> PANERA BREAD COMPANY, INC., <br>                Defendant. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **William J. Utermohlen** filed April 11, 2016 [doc. # 7].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1 (B), Mr. Utermohlen is admitted to appear before this court *pro hac vice* on behalf of Plaintiffs, Great Harvest Franchising, Inc., Charlotte's Best Breads, LLC, and Our Daily Bread For Life, LLC.

**IT IS SO ORDERED.**

Signed: April 12, 2016

Graham C. Mullen
United States District Judge