IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:16-cv-00121-GCM

| | |
|---|---|
| GREAT HARVEST FRANCHISING, INC., CHARLOTTE'S BEST BREADS, LLC DBA GREAT HARVEST BREAD CO., and OUR DAILY BREAD FOR LIFE, LLC DBA GREAT HARVEST BREAD CO., <br><br> Plaintiffs <br><br> v. <br><br> PANERA BREAD COMPANY, INC. <br><br> Defendant. | **ORDER** |

THIS MATTER IS BEFORE THE COURT on the Motion for Admission *Pro Hac Vice* concerning David M. Kelly, filed April 18, 2016 [Doc. #18] (the "Motion').

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the Motion.

In accordance with Local Rule 83.1, Mr. Kelly is admitted to appear before this court *pro hac vice* on behalf of Defendant.

**IT IS SO ORDERED.**

Signed: April 19, 2016

Graham C. Mullen
United States District Judge