IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:16-cv-00121-GCM

| | |
|---|---|
| GREAT HARVEST FRANCHISING, INC., CHARLOTTE'S BEST BREADS, LLC DBA GREAT HARVEST BREAD CO., and OUR DAILY BREAD FOR LIFE, LLC DBA GREAT HARVEST BREAD CO., <br><br> Plaintiffs <br><br> v. <br><br> PANERA BREAD COMPANY, INC. <br><br> Defendant. | **ORDER** |

THIS MATTER IS BEFORE THE COURT on the Motion for Admission *Pro Hac Vice* concerning Stephanie H. Bald, filed April 18, 2016 [Doc. #19] (the "Motion").

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the Motion.

In accordance with Local Rule 83.1, Ms. Bald is admitted to appear before this court *pro hac vice* on behalf of Defendant Panera Bread.

**IT IS SO ORDERED.**

Signed: April 19, 2016

Graham C. Mullen
United States District Judge