# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CIVIL ACTION NO. 3:16-CV-00121-GCM

| | |
|---|---|
| GREAT HARVEST FRANCHISING, INC., ET AL, | )<br>)<br>) |
| **Plaintiff,** | )<br>) |
| v. | )     **ORDER** |
| | ) |
| PANERA BREAD COMPANY, ET AL. | )<br>) |
| **Defendant.** | )<br>) |

**THIS MATTER** is before the Court on the Joint Motion for Entry of Stipulation to E-Discovery Procedures. Having considered the joint motion and reviewed the parties' Stipulation to E-Discovery Procedure (Doc. No. 53), the Court enters the following Order:

**IT IS THEREFORE ORDERED** that the Joint Motion for Entry of Stipulated E-Discovery Procedures (Dkt. 54) is **GRANTED,** and the Stipulation to E-Discovery Procedures (Dkt. 53) is incorporated herein by reference as if fully set forth and entered.

Signed: April 12, 2017

Graham C. Mullen
United States District Judge